HB 203382

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

06 CV 4190

ANGELA EATZ and BARBARA EATZ,

        Plaintiff,

Docket No.:

-against-

IV FLUSHES, LLC, PINNACLE MEDICAL SUPPLY and IVEDCO, LLC,

        Defendants.

RULE 7.1 STATEMENT OF DEFENDANT IVEDCO LLC

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant IVEDCO, LLC (a private non-governmental party) certifies that Defendant, IVEDCO, LLC is privately held and that it has no parent corporation.

Dated: New York, New York
      June 1, 2006

Respectfully submitted,

HARRIS BEACH PLLC

By: _____
Frederick H. Fern (FHF 4980)
Attorneys for Defendant
IVEDCO, LLC
805 Third Avenue, 20th Floor
New York, New York 10022
(212) 687-0100

TO:    SULLIVAN PAPAIN BLOCK
        McGRATH & CANNAVO PC
        Attn: Frank V. Floriani, Esq.
        Attorneys for Plaintiffs
        120 Broadway
        New York, New York 10271
        (212) 732-9000

WHITE FLEISCHNER & PINO, LLP
Attention: Daniel Stewart, Esq.
140 Broadway
New York, New York 10005
Attorneys for IV FLUSHES, LLC and
PINNACLE MEDICAL SUPPLY
(212) 487-9700