```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ANGELA EATZ AND BARBARA EATZ

                            Plaintiffs,   06 CV 4190 (DAB)

            -against-                     JURY DEMAND

IV FLUSHES, LLC, PINNACLE MEDICAL SUPPLY
AND IVEDCO, LLC,

                            Defendants.
-------------------------------------X
```

Plaintiffs hereby demand a trial of all issues by a duly empanelled jury.

Dated:   New York, New York
         June 07, 2006

                                   Yours, etc.,

                                   SULLIVAN PAPAIN BLOCK
                                   McGRATH & CANNAVO P.C.

                                   By: _____
                                   FRANK V. FLORIANI (FF4489)
                                   Attorneys for Plaintiffs
                                   120 Broadway
                                   New York, New York 10271
                                   (212) 732-9000

TO:   White Fleishner & Fino, LLP.
      Attorney for defendants
      IV Flushes, LLC and
      Pinnacle Medical Supply
      140 Broadway
      New York, NY  10005

      Harris Beach PLLC
      Attorneys for defendant
      IVEDCO, LLC.
      805 Third Avenue, 20th floor
      New York, New York 10022

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF NEW YORK   )

Rosemarie Perez, being duly sworn, deposes and says: I am not a party to this action. I am over 18 years of age. I have a business address at 120 Broadway, New York, New York, 10271.

On the 7th day of June, 2006, I served the within Jury Demand upon the following attorneys for the parties in this action, at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:  White, Fleischner & Fino, LLP.
     Attorneys for defendants
     IV Flushes, LLC and Pinnacle Medical Supply
     140 Broadway
     New York, NY  10005
     212-487-9700

     Harris Beach PLLC
     Attorneys for Defendant
     IVEDCO, LLC.
     805 Third Avenue, 20th floor
     New York, New York 10022

                                   _____
                                        Rosemarie Perez

Sworn to before me this
7th day of June, 2006

_____
      Notary Public

LILLIAN LOPEZ
Notary Public, State of New York
No. 01LO5034258
Qualified in New York County
Commission Expires Oct. 11, 2006