UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA EATZ and BARBARA EATZ,

                    Plaintiff,

-against-

IV FLUSHES, LLC, PINNACLE MEDICAL
SUPPLY and IVEDCO, LLC,

                    Defendants.

Docket No.: 06cv4190

# AFFIDAVIT OF SERVICE

**HARRIS BEACH PLLC**
Frederick H. Fern (FHF 4980)
Attorneys for Defendant
IVEDCO, LLC
805 Third Avenue, 20th Floor
New York, New York 10022
(212) 687-0100

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Seth G. Slade being duly sworn, deposes and says that he is not a party to this action, is over the age of 18 years and resides in Kings County, New York. That on the 2nd day of June, 2006 he served the following documents:

**Notice of Petition for Removal** and
**Rule 7.1 Statement of Ivedco LLC**

upon:

      SULLIVAN PAPAIN BLOCK
      McGRATH & CANNAVO PC
      Attn: Frank V. Floriani, Esq.
      Attorneys for Plaintiffs
      120 Broadway
      New York, New York 10271
      (212) 732-9000

      WHITE FLEISCHNER & PINO, LLP
      Attention: Daniel Stewart, Esq.
      140 Broadway
      New York, New York 10005
      Attorneys for IV FLUSHES, LLC and
      PINNACLE MEDICAL SUPPLY
      (212) 487-9700

by depositing a true copy of same securely enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                        SETH G. SLADE

Sworn to before me this
5 day of June, 2006

_____
Notary Public

MARIA G. CECCACCI
Notary Public State of New York
NO. 01CE5022902
Qualified in Richmond County
Commission Expires January 24, 20 10