UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------  Docket No.: 06 CV 4190 (DAB)(HP)
ANGELA EATZ and BARBARA EATZ,

        Plaintiffs,

  -against-

IV FLUSH, LLC, PINNACLE MEDICAL
SUPPLY AND IVEDCO, LLC,

        Defendants.
-------------------------------------------------------------

# ANSWER OF DEFENDANT IVEDCO LLC TO PLAINTIFFS' SECOND AMENDED COMPLAINT

**HARRIS BEACH PLLC**
Frederick H. Fern, Esq. (FHF 4980)
Attorneys for Defendant
IVEDCO LLC
805 Third Avenue
New York, New York 10022
(212) 687-0100

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK )

CARMEN A. HERNANDEZ being duly sworn, deposes and says that I am not a party to this action, I am over the age of 18 years and I reside in the County of Kings, New York. That on the 9th day of June 2006, I served the within **ANSWER OF DEFENDANT IVEDCO LLC TO PLAINTIFFS' SECOND AMENDED COMPLAINT**, upon the following:

| | |
|---|---|
| SULLIVAN PAPAIN BLOCK<br>McGRATH & CANNAVO PC<br>Attn: Frank V. Floriani, Esq.<br>Attorneys for Plaintiffs<br>120 Broadway<br>New York, New York  10271 | WHITE FLEISCHNER & FINO, LLP<br>Attn: Daniel Stewart, Esq.<br>140 Broadway<br>New York, New York 10005<br>Attorneys for IV FLUSH, LLC and<br>PINNACLE MEDICAL SUPPLY |

by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of United States Postal Service within the state of New York.

_____
Carmen A. Hernandez

Sworn to before me this
9th day of June, 2006

_____
Notary Public

MARIA G. CECCACCI
Notary Public State of New York
NO. 01CE5022902
Qualified in Richmond County
Commission Expires January 24, 20__