UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
ANGELA EATZ and BARBARA EATZ,

                Plaintiffs,

-against-

IV FLUSH, LLC, PINNACLE MEDICAL
SUPPLY AND IVEDCO, LLC,

                Defendants.
---------------------------------------------------------

Docket No.: 06 CV 4190 (DAB)(HP)

**AFFIDAVIT**

    FREDERICK H. FERN, an attorney duly licensed to practice law in the State of New York and in the Southern District Court of New York, being duly sworn states:

    1.    I am counsel on behalf of defendant Ivedco, LLC and submit this Affidavit in response to the *sua sponte* Order to Show Cause of Judge Deborah Batts dated January 5, 2007.

    2.    Upon service of plaintiffs' Second Supplemental Summons and Second Amended Complaint, Ivedco filed their Notice of Petition for Removal together with a FRCP Rule 7.1 Statement.

    3.    Shortly thereafter, an Answer and Affidavit of Service was filed with the Court Clerk for the Southern District of New York on June 9, 2006, as confirmed by the Civil Docket Sheet annexed hereto as Exhibit "A".

    4.    In an attempt to move the case forward, we have contacted Your Honor's Chambers to schedule an initial scheduling conference and prior thereto hold a Rule 26(f) Conference among the parties.

    5.    Since an Answer on behalf of co-defendants IV Flush, LLC and Pinnacle Medical Supply, Inc. had not been filed by the ECF system, the Court was apparently

unaware that all parties had appeared by counsel, as the co-defendants failed to follow proper ECF procedures in filing their responsive pleading.

      6.    Via Affidavit dated January 11, 2007, counsel for IV Flush, LLC and Pinnacle Medical Supply, Inc. attested to the recent filing of their Answer with the Southern District of New York Clerk. As such, issue is joined as to all defendants and we request that this Court schedule a Rule 16 Conference.

Dated: New York, New York
       January 22, 2007

Respectfully submitted,

HARRIS BEACH LLP*

_____
Frederick H. Fern, Esq. (FHF-4980)
Attorneys for Defendant
IVEDCO, LLC
805 Third Avenue
New York, New York 10022
(212) 687-0100

TO: SULLIVAN PAPAIN BLOCK
     McGRATH & CANNAVO PC
     Attn: Frank V. Floriani, Esq.
     Attorneys for Plaintiffs
     120 Broadway
     New York, New York 10271
     (212) 732-9000

     WHITE FLEISCHNER & FINO, LLP
     Attn: Virginia McGrane, Esq.
     Attorneys for Defendants
     IV FLUSH, LLC and
     PINNACLE MEDICAL SUPPLY
     303 Old Tarrytown Road
     White Plains, New York 10603
     (914) 509-2910

# EXHIBIT "A"

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-04190-DAB

Eatz et al v. IV Flushes, LLC et al
Assigned to: Judge Deborah A. Batts
Cause: 28:1441 Notice of Removal

Date Filed: 06/02/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
Angela Eatz

**Plaintiff**
Barbara Eatz

V.

**Defendant**
IV Flushes, LLC

**Defendant**
Pinnacle Medical Supply

**Defendant**
Ivedco, LLC

represented by **Frederick Harold Fern**
Harris Beach ,LLP(NYC)
805 Third Avenue
New York, NY 10022
(212) 687-0100
Fax: 212 687-0659
Email: ffern@harrisbeach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2006 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 115800/05. (Filing Fee $ 350.00, Receipt Number 580682).Document filed by IV Flushes, LLC, Pinnacle Medical Supply, Ivedco, LLC.(mbe, ) Additional attachment(s) added on 6/6/2006 (jar, ). (Entered: 06/02/2006) |
| 06/02/2006 | | Magistrate Judge Henry B. Pitman is so designated. (mbe, ) (Entered: 06/02/2006) |
| 06/02/2006 | | Case Designated ECF. (mbe, ) (Entered: 06/02/2006) |
| 06/02/2006 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Ivedco, LLC. |

|            |   |   |
|------------|---|---|
|            |   | (mbe, ) Additional attachment(s) added on 6/6/2006 (jar, ). (Entered: 06/02/2006) |
| 06/07/2006 | 3 | DEMAND for Trial by Jury. Document filed by Angela Eatz, Barbara Eatz (Carboy, Andrew) (Entered: 06/07/2006) |
| 06/07/2006 | 4 | AFFIDAVIT OF SERVICE of Notice of Petition for Remoal and Rule 7.1 Statement served on All Parties on 6/2/2006. Service was made by Mail. Document filed by Ivedco, LLC. (Fern, Frederick) (Entered: 06/07/2006) |
| 06/09/2006 | 5 | ANSWER to Second Amended Complaint with JURY DEMAND. Document filed by Ivedco, LLC.(Fern, Frederick) Modified on 6/9/2006 (kkc, ). (Entered: 06/09/2006) |
| 06/09/2006 | 6 | AFFIDAVIT OF SERVICE of Answer to 2nd Amended Complaint served on All Parties on 06/09/2006. Service was made by Mail. Document filed by Ivedco, LLC. (Fern, Frederick) (Entered: 06/09/2006) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 11/14/2006 17:54:17 |||
| PACER Login: | hb0622 | Client Code: | eatz |
| Description: | Docket Report | Search Criteria: | 1:06-cv-04190-DAB |
| Billable Pages: | 1 | Cost: | 0.08 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

  Jessica L. Glavan being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in Middlesex County, New Jersey. That on the 23rd day of January, 2007 she served the within **AFFIDAVIT** upon:

  TO: SULLIVAN PAPAIN BLOCK
     McGRATH & CANNAVO PC
     Attn: Frank V. Floriani, Esq.
     Attorneys for Plaintiffs
     120 Broadway
     New York, New York 10271
     (212) 732-9000

     WHITE FLEISCHNER & FINO, LLP
     Attn: Virginia McGrane, Esq.
     Attorneys for Defendants
     IV FLUSH, LLC and
     PINNACLE MEDICAL SUPPLY
     303 Old Tarrytown Road
     White Plains, New York 10603
     (914) 509-2910

by deposing a true copy of same securely enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
JESSICA L. GLAVAN

Sworn to before me this
23rd day of January, 2007

_____
Notary Public

RHONDA PITT
Commissioner of Deeds
City of New York No. 2-11023
Commission Expires December 1, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANGELA EATZ and BARBARA EATZ,    Docket No.: 06 CV 4190 (DAB)(HP)

                              Plaintiff,

-against-

IV FLUSHES, LLC, PINNACLE MEDICAL
SUPPLY and IVEDCO, LLC,

                              Defendants.

# AFFIDAVIT

**HARRIS BEACH PLLC**
Attorneys for Defendant
IVEDCO, LLC
805 Third Avenue, 20th Floor
New York, New York 10022
(212) 687-0100

219647.1