UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ANGELA EATZ and BARBARA EATZ,         06 CV 4190 (DAB)(HP)

                      Plaintiffs,

           -against-

IV FLUSH, LLC, PINNACLE MEDICAL
SUPPLY AND IVEDCO, LLC

                      Defendants.
-----------------------------------------------------------

## DEFENDANT IVEDCO LLC'S ANSWER AND DEFENSES TO THE CROSS-CLAIMS OF IV FLUSH, LLC AND PINNACLE MEDICAL SUPPLY

Defendant IVEDCO, LLC ("IVEDCO"), by its attorneys, Harris Beach PLLC, responds to the cross-claims asserted by co-defendants IV FLUSH, LLC and PINNACLE MEDICAL SUPPLY in this action as follows:

1. IVEDCO denies each and every allegation said to constitute a cross-claim against IVEDCO contained in the Amended Verified Answer To Plaintiffs' Second Supplemental Summons and Complaint, dated February 13, 2007 and respectfully refers all questions of law to this Honorable Court and all questions of fact to the trier thereof upon the trial of this action

### AFFIRMATIVE DEFENSES

2. IVEDCO hereby incorporates by reference all of the defenses set forth in IVEDCO's Answer to plaintiff's Second Amended Complaint in this matter.

### DEMAND FOR JURY TRIAL

IVEDCO LLC demands a trial by jury as to all issues so triable.

**WHEREFORE**, Defendant, IVEDCO LLC requests that this Court enter judgment in its favor dismissing the cross-claims with prejudice and awarding costs, and

awarding this answering defendant have judgment over and against defendants IV FLUSH, LLC and PINNACLE MEDICAL SUPPLY for all or a part of any verdict or judgment which may be obtained herein by the plaintiff against this answering defendant, together with costs and disbursements and other expenses incurred in defense of this action, and the cross-claims, including attorneys' fees, as well as any other relief to which this Court determines it may be entitled.

Dated: New York, New York
March 19, 2007

Respectfully submitted,

HARRIS BEACH PLLC

By: _____
Frederick H. Fern (FHF 4980)
805 Third Avenue
New York, New York  10022
(212) 687-0100
*Attorneys for Defendant*
*IVEDCO, LLC*

TO:   SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO PC
Attn: Frank V. Floriani, Esq.
*Attorneys for Plaintiffs*
120 Broadway
New York, New York  10271
(212) 732-9000

WHITE FLEISCHNER & FINO, LLP
Attn: Virginia McGrane, Esq.
*Attorneys for Defendants*
*IV FLUSH, LLC and*
*PINNACLE MEDICAL SUPPLY*
303 Old Tarrytown Road
White Plains, New York  10603
(914) 509-2910

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system and via ordinary mail on the 19th day of March, 2007 upon the following:

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO PC
Attn: Frank V. Floriani, Esq.
*Attorneys for Plaintiffs*
120 Broadway
New York, New York  10271
(212) 732-9000

WHITE FLEISCHNER & FINO, LLP
Attn: Virginia McGrane, Esq.
*Attorneys for Defendants*
*IV FLUSH, LLC and*
*PINNACLE MEDICAL SUPPLY*
303 Old Tarrytown Road
White Plains, New York 10603

_____
Frederick H. Fern (FHF-4980)

224670.2