UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| ANGELA EATZ and BARBARA EATZ,<br><br>                        Plaintiffs,<br><br>-against-<br><br>IV FLUSH, LLC, PINNACLE MEDICAL SUPPLY AND IVEDCO, LLC,<br><br>                        Defendants. | Docket No.: 06 CV 4190 (DAB)(HP)<br><br>**NOTICE OF CHANGE OF ADDRESS OF HARRIS BEACH PLLC** |

-------------------------------------------------------------

**PLEASE TAKE NOTICE**, that the address for HARRIS BEACH PLLC, which represents, IVEDCO, LLC, in the above-captioned matter has been changed to:

**HARRIS BEACH PLLC
100 Wall Street, 23rd Floor
New York, NY 10005**

The telephone number will remain the same at (212) 687-0100, as will the fax number at (212) 687-0659. **HARRIS BEACH PLLC** does not accept facsimile service of pleadings or correspondence without prior written consent.

Dated: New York, New York
       June 6, 2007

                                    Respectfully submitted,

                                    HARRIS BEACH LLP

                                    _/s/ Frederick H. Fern_
                                    _____
                                    Frederick H. Fern, Esq. (FHF 4980)
                                    Attorneys for Defendant
                                    IVEDCO, LLC
                                    805 Third Avenue
                                    New York, New York 10022
                                    (212) 687-0100

TO: SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO PC
Attn: Frank V. Floriani, Esq.
*Attorneys for Plaintiffs*
120 Broadway
New York, New York  10271
(212) 732-9000

WHITE FLEISCHNER & FINO, LLP
Attn: Virginia McGrane, Esq.
*Attorneys for Defendants*
*IV FLUSH, LLC and*
*PINNACLE MEDICAL SUPPLY*
303 Old Tarrytown Road
White Plains, New York 10603

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via ordinary mail on the 6th day of April, 2007 upon the following:

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO PC
Attn: Frank V. Floriani, Esq.
*Attorneys for Plaintiffs*
120 Broadway
New York, New York 10271
(212) 732-9000

WHITE FLEISCHNER & FINO, LLP
Attn: Virginia McGrane, Esq.
*Attorneys for Defendants*
*IV FLUSH, LLC and*
*PINNACLE MEDICAL SUPPLY*
303 Old Tarrytown Road
White Plains, New York 10603

Frederick H. Fern (FHF-4980)

233369.1