```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANGELA EATZ and BARBARA EATZ,

                Plaintiffs,

         -and-                           06 Civ. 4190 (DAB)
                                         ORDER TO SHOW CAUSE
IV FLUSH, LLC, PINNACLE MEDICAL
SUPPLY, and IVEDCO, LLC,

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of the correspondence from the various Parties. The Court has determined that based on the health of the representative of two Defendants and the laudable effort to solve this case and others in the state and federal courts in New York and Missouri that the most efficacious Order would be, and the Court is hereby ORDERING that this case be placed on the suspense docket for 90 days. This will give the Parties an opportunity to participate in the mediation, settle all of the matters, and/or assess where the Parties in the case before this Court stand in relation to settlement should a global settlement not be accomplished.

SO ORDERED.

DATED:   New York, New York
         January 29, 2008

                                         _____
                                         Deborah A. Batts
                                         United States District Judge