```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANGELA EATZ and BARBARA EATZ,

                Plaintiffs,

        -and-                              06 Civ. 4190 (DAB)
                                                ORDER
IV FLUSH, LLC, PINNACLE MEDICAL
SUPPLY, and IVEDCO, LLC,

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On January 29, 2008 the Court placed this Action on the Suspense Docket. Within 20 days of the date of this ORDER, the Parties are HEREBY ORDERED to provide a joint update on the status of the case.

SO ORDERED.

DATED:   New York, New York
         July 11, 2008

                                    _____
                                       Deborah A. Batts
                                    United States District Judge